UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 98-cr-3497-W |
|---|---|
| Plaintiff, | ) JUDGMENT AND ORDER OF |
| v. | ) DISMISSAL OF INDICTMENT AND |
| | ) RECALL ARREST WARRANT |
| VINCE W WHEELER, | ) |
| Defendant. | ) |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: November __15__, 2019

_____
HONORABLE THOMAS J. WHELAN
United States District Court Judge

FILED
NOV 15 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY